ROBERT S. BREWER, JR.
United States Attorney

BHAVNA CHANGRANI
NY Bar No. 4297081
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D.C. 20044
*Bhavna.changrani@usdoj.gov*
(202) 305-0304
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>0.56 ACRES OF LAND, MORE OR LESS, SITUATED IN THE CITY OF TECATE, SAN DIEGO COUNTY, STATE OF CALIFORNIA, AND ESTATE OF JOHN C. DONLEVY, *et al.*,<br><br>  Defendants. | Civil No. '20CV0428 DMS KSC<br><br>COMPLAINT IN CONDEMNATION<br>[With Declaration of Taking] |

1. This is a civil action brought by the United States of America at the request of the Commissioner of Public Buildings Service, through the Administrator of General Services, for the taking of property under the power of

1

eminent domain through a Declaration of Taking and for the determination and award of just compensation to the owners and parties in interest.

2. This Court has jurisdiction over all relevant matters in the case as provided by 28 U.S.C. § 1358.

3. The authority for taking of the interest in lands is under and in accordance with 40 U.S.C. § 581 which authorizes the Administrator of General Services to acquire real estate by condemnation; 40 U.S.C. § 3113; 40 U.S.C. § 3114; the Consolidated Appropriations Act (Public Law 115-41), which appropriated funds to the General Services Administration for this acquisition; as described in Schedule "A", attached hereto and made a part hereof.

4. The public uses for which said interest in land is taken is described in Schedule "B", attached hereto and made a part hereof.

5. A general description of the lands in which the interest is being taken is set forth in Schedule "C", attached hereto and made a part hereof.

6. Plats (maps) showing the lands taken are attached hereto as Schedule D and made a part hereof.

7. A general description of the estate taken is set forth in Schedule E, attached hereto and made a part hereof.

8. The statement of estimated just compensation is set forth in Schedule F, attached hereto and made a part hereof.

9. The persons who may have or claim a purported interest in the property and whose names are known are listed in Schedule "G", attached hereto and made a part hereof.

10. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

1 | WHEREFORE, Plaintiff demands judgment that the property and interests be condemned, and that just compensation for the taking be ascertained, and such other relief as may be lawful and proper.

DATED: March 6, 2020          UNITED STATES OF AMERICA

s/ *Bhavna Changrani*
Attorney for Plaintiff
E-mail: *Bhavna.Changrani@usdoj.gov*

# CERTIFICATE OF SERVICE

I hereby certify that I have caused the foregoing COMPLAINT IN CONDEMNATION [With Declaration of Taking] to be mailed, by the United States Postal Service, to the following:

The County of San Diego
1600 Pacific Highway
San Diego, California 92101

San Diego Gas & Electric Company (formerly known as San Diego Consolidated Gas & Electric Company)
c/o Csc - Lawyers Incorporating Service
251 Little Falls Drive
Wilmington De 19808

S & R Razooky, LLC, a California limited liability company
1911 Vista Grande Rd.
El Cajon, CA 92109

California Department of Transportation
District 11
4050 Taylor Street
San Diego, California 92110

DATED: March 6, 2020

        s/ *Bhavna Changrani*
        Attorney for Plaintiff
        E-mail: *Bhavna.Changrani@usdoj.gov*

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

'20CV0428 DMS KSC

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
0.56 ACRES OF LAND, more or less, situated in the City of Tecate, San Diego County, State of California; Estate of John C. Donlevy, et. al.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   San Diego County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Bhavna Changrani, U.S. Department of Justice, Environment and Natural Resources Division, P.O. box 7611 - Ben Franklin Station, Washington, D.C. 20044, Telephone: 202-305-0304

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)*

|                                           | PTF | DEF |                                                             | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State                     | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                  | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country   | ☐ 3 | ☐ 3 | Foreign Nation                                              | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☒ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1358

Brief description of cause:
Eminent Domain

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE                                                  DOCKET NUMBER

DATE: 03/06/2020

SIGNATURE OF ATTORNEY OF RECORD
s/Bhavna Changrani

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

[Print]   [Save As...]   [Reset]

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>0.56 ACRES OF LAND, more or less, situated in the City of Tecate, San Diego County, State of California; Estate of John C. Donlevy, et. al.,<br><br>    Defendant. | No. **'20 CV 0428 DMS KSC**<br><br>**DECLARATION OF TAKING** |

## DECLARATION OF TAKING

I, Dan Mathews, Commissioner, Public Buildings Service, General Services Administration of the United States of America, pursuant to the authority delegated to me by the Administrator of General Services in Chapter 5, paragraph 2.d of the GSA Delegations of Authority Manual ADM P 5450.39D (November 16, 2011), as revised by GSA Order PBS 5450.1 (March 4, 2015), do hereby declare that:

1. The authority for the acquisition of the estate in property described herein is set forth in Schedule A.
2. The public use for which the property is taken is set forth in Schedule B.
3. A description of the property sufficient for its identification is set forth in Schedule C and is the same property described in the complaint in the above-entitled cause.
4. Plans showing the property are attached as Schedule D.
5. The estate taken in the property is set forth in the attached Schedule E.
6. The sum estimated by me as just compensation for the taking is set forth in Schedule F, attached hereto and made a part hereof. I am of the opinion that the ultimate award for the taking will be within any limits imposed by law on the price to be paid therefor.
7. The parties who have or may claim an interest in the property are set forth in attached Schedule G.

[Remainder of page intentionally left blank.]

Case 3:20-cv-00428-DMS-KSC   Document 1-2   Filed 03/06/20   PageID.7   Page 2 of 2

United States of America v. .56 Acres et al.
Declaration of Taking

Page 2

**IN WITNESS WHEREOF**, the United States of America, by its Administrator of General Services has authorized and caused this Declaration to be signed in its name by me, as Commissioner, Public Buildings Service, General Services Administration, this 25th day of September, 2019, in the City of Washington, District of Columbia.

**UNITED STATES OF AMERICA,
ACTING BY AND THROUGH
THE ADMINISTRATOR OF GENERAL
SERVICES**

By: _____
Daniel W. Mathews
Commissioner
Public Buildings Service
General Services Administration
1800 F Street NW
Washington, DC  20405-0002
Phone:  (202) 501-1100

United States of America v. .56 Acres et al.

Declaration of Taking

Page 3

# SCHEDULE A

## AUTHORITY FOR THE TAKING

The authority for the acquisition of the estate in property described herein is 40 U.S.C. § 581 (c)(1); 40 U.S.C. § 3113; 40 U.S.C. § 3114, 40 U.S.C. §592 (b)(2), and the Consolidated Appropriations Act, 2018, P.L. 115-41, div. F, tit. II.

United States of America v. .56 Acres et al.

Declaration of Taking

Page 4

## SCHEDULE B

## PUBLIC PURPOSE

      The public use for which the property is taken is for the improvement of the Tecate Land Port of Entry and other related purposes of the Government, and for such other use as may be authorized by law, regulation or Executive Order.

United States of America v. .56 Acres et al.

Declaration of Taking

Page 5

## SCHEDULE C

### LEGAL DESCRIPTION OF THE PROPERTY

The land which is the subject matter of this proceeding consists of a parcel containing approximately 0.56 acres of land, more or less (as shown on the plans attached to this Declaration of Taking as "Schedule D") in the City of Tecate, California, more particularly described as follows:

A TRACT OF LAND LOCATED IN TECATE, CALIFORNIA CONSISTING OF STATE HIGHWAY 188 RIGHT-OF WAY MORE FULLY DESCRIBED AS FOLLOWS:

BEGINNING AT THE INTERSECTION OF THE WEST RIGHT-OF-WAY OF SAID HIGHWAY 188 AND THE UNITED STATES BORDER LINE WITH MEXICO; THENCE NORTHWESTERLY ALONG THE WEST LINE OF SAID HIGHWAY 188, A DISTANCE OF 303.0 FEET, MORE OR LESS, TO A POINT ON SAID HIGHWAY 188; THENCE NORTHEASTERLY ALONG A LINE PARALLEL TO AND 303.0 FEET, MORE OR LESS, NORTH OF THE UNITED STATES AND MEXICO BORDER A DISTANCE OF 80.0 FEET, MORE OR LESS, TO A POINT ON THE EAST RIGHT-OF-WAY LINE OF SAID HIGHWAY 188; THENCE SOUTHEASTERLY ALONG THE EAST LINE OF SAID HIGHWAY 188, A DISTANCE OF 303.0 FEET, MORE OR LESS, TO A POINT ON THE UNITED STATES AND MEXICO BORDER; THENCE SOUTHWESTERLY ALONG THE SAID BORDER, A DISTANCE OF 80.0 FEET TO THE POINT OF BEGINNING.

**CONTAINING**: 0.56 acres more or less.

United States of America v. .56 Acres et al.
Declaration of Taking

Case 3:20-cv-00428-DMS-KSC   Document 1-6   Filed 03/06/20   PageID.11   Page 1 of 1

## SCHEDULE D

- HIGHWAY 188
- N84° 17' 24.77"E  80' ±
- TECATE, CALIFORNIA PARCEL OF LAND TO BE TRANSFERRED 6-23-17
- N5° 42' 35.23"W  303' ±
- Area : 0.56 AC.
- S5° 42' 35.23"E  303' ±
- MAIN OPERATIONS BUILDING
- DUTY FREE BUILDING
- S84° 17' 24.77"W  80' ±
- U.S. - MEXICO BORDER
- POINT OF BEGINNING
- SCALE: 1"=30'-0"

Registered Professional Engineer — Alois A. Hottovy, No. C-29992, Civil, California. 5-1-2019

United States of America v. .56 Acres et al.

Declaration of Taking

Page 7

## SCHEDULE E

## ESTATE TAKEN

The estate taken in the property described on Schedule C to this Declaration of Taking is fee simple, together with any appurtenant interests in adjoining property at 404 Tecate Road, however:

1. Reserving, for the benefit of the property commonly known as 404 Tecate Road, (Tax Parcel # 652-191-10) the following easements:

   a. A non-exclusive easement for vehicular ingress and egress, provided that the access of larger vehicles may be obstructed by removable barriers. Operators of larger vehicles needing to use this easement must make arrangements with the United States through the Office of the Port Director, Land Port of Entry, Tecate, California.
   b. A non-exclusive easement for pedestrian ingress and egress.

2. Reserving for the benefit of the City of Tecate, the County of San Diego, the State of California, and their successors and assigns:

   a. The right of access for public safety, emergency, and maintenance vehicles, provided that the access of larger vehicles may be obstructed by removable barriers. Public agencies and their contractors needing to use this easement must make arrangements with the United States through the U.S. Customs & Border Protection, Tecate Office of the Port Director, Land Port of Entry, Facilities & Crossings, 405 Tecate Rd., Tecate, California.

3. Reserving for the benefit of each affected utility system operator indicated on Schedule G an easement for the operation, repair, maintenance and replacement of existing utility facilities, provided that:

   a. The United States shall have the right to temporarily or permanently relocate such facilities at its own expense.
   b. If any portion of a utility easement ceases to be used to serve property not owned by the United States, the easement shall, at the option of the United States, terminate as to such portion. Should the United States decide to exercise this option, it will do so by giving written notice to the operator of the utility.

4. Each of the easements described above is subject to the following provisions:

   a. Each easement is non-exclusive. Use of the easement must not unreasonably interfere with use of the property by the United States, other easement holders and their successors, assigns and invitees.
   b. The United States may designate routes of travel, restrict the areas of the

United States of America v. .56 Acres et al.

Declaration of Taking

Page 8

      property that are available for each purpose and change the configuration and improvements from time to time.
- c. All users must comply with applicable laws, rules, and regulations.
- d. All users must follow posted signs and directions.
- e. Parking of unattended vehicles is not a permitted use of any of the easements.
- f. In the event use of an easement results in damage to improvements, the easement holder shall, at the discretion of the officer or agent of the United States having immediate jurisdiction over the easement area, properly repair and restore the improvements to the officer or agent's satisfaction, or in lieu of such repair or replacement the easement holder shall, if so required by said officer or agent, pay to the United States money in an amount sufficient to compensate for the loss sustained by the United States by reason of damage to or destruction of the easement area.

United States of America v. .56 Acres et al.

Declaration of Taking

Page 9

## SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is one dollar ($1.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto, and substitute facilities will be provided by the United States. The substitute facility will include the United States' assumption of costs and responsibility for the painting, re-striping, and signage for the shopping center parking lot located at 404 Tecate Rd., Tecate, California, and adjacent to the portion of State Highway 188 described in Schedule C.

United States of America v. .56 Acres et al.

Declaration of Taking

Page 10

## SCHEDULE G

## INTERESTED PARTIES

Names and addresses of the parties who have or may claim an interest in the property are listed below. All records cited are in the San Diego County, California, public records, unless otherwise noted:

| **Interested Party** | **Reference (if known)** |
|---|---|
| Unknown Heirs and/or Devisees of John C Donlevy, Jr. [Address Unknown.] | Grant deed dated February 15, 1941, and recorded February 18, 1941 at Page 134, Book 1143. |
| Unknown Heirs and/or Devisees of Clara Donlevy [Address Unknown.] | Grant deed dated February 15, 1941, and recorded February 18, 1941 at Page 134, Book 1143. |
| Barbara Jean Donlevy [Address Unknown] | Grant deed dated February 14, 1945, and recorded December 27, 1945 at Page 290, Book 2010. |
| The County of San Diego 1600 Pacific Highway San Diego, CA 92101 | Easement dated January 7, 1935 and recorded January 17, 1935 at Page 155, Book 374.<br><br>Dedication and acceptance of State Highway 188 as disclosed on Map No. 4771 and recorded on May 23, 1961 at Page 89253, Series 2, Book 1961. |
| The Southern California Telephone Company [Address Unknown] | Easement dated February 26, 1937 and recorded April 9, 1937 at Page 213, Book 637. |
| San Diego Gas & Electric Company (formerly known as San Diego Consolidated Gas & Electric Company)<br><br>c/o Csc - Lawyers Incorporating Service 251 Little Falls Drive Wilmington De 19808 | Easement dated May 26, 1939 and recorded June 30, 1939 at Page 183, Book 918.<br><br>Easement dated April 2, 1949 and recorded November 1, 1949 at Page 246, Book 3371. |
| California Department of Transportation District 11 4050 Taylor Street San Diego, CA 92110 | Cal. Stats. 1972, Ch. 1216. |
| S & R Razooky, LLC, a California limited | Grant Deed dated July 16, 2019 and |

United States of America v. .56 Acres et al.

Declaration of Taking

Page 11

| liability company
1911 Vista Grande Rd.
El Cajon, CA 92109 | recorded July 23, 2019 as Document No. 2019-0299012. |