United States of America v. .56 Acres et al.

Declaration of Taking

## SCHEDULE B

## PUBLIC PURPOSE

The public use for which the property is taken is for the improvement of the Tecate Land Port of Entry and other related purposes of the Government, and for such other use as may be authorized by law, regulation or Executive Order.