## SCHEDULE F

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is one dollar ($1.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto, and substitute facilities will be provided by the United States. The substitute facility will include the United States' assumption of costs and responsibility for the painting, re-striping, and signage for the shopping center parking lot located at 404 Tecate Rd., Tecate, California, and adjacent to the portion of State Highway 188 described in Schedule C.