|  |  |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                                             )<br>         Plaintiff,                              )<br>                                                             )<br>         v.                                          )<br>                                                             )<br>0.56 ACRES OF LAND, MORE        )<br>OR LESS, SITUATED IN THE          )<br>CITY OF TECATE, SAN DIEGO     )<br>COUNTY, STATE OF                       )<br>CALIFORNIA, AND ESTATE OF   )<br>JOHN C. DONLEVY, *et al.*,            )<br>                                                             )<br>         Defendants.                         )<br>_____)  | Civil No. 3:20-cv-428-DMS-KSC<br><br>**ORDER FOR IMMEDIATE**<br>**<u>DELIVERY OF POSSESSION</u>** |

Pending before this court in this condemnation action brought under the Declaration of Taking Act, (40 U.S.C. §3114) is the parties' Consent Motion For Order For Immediate Delivery of Possession filed on August 11, 2020. The property at issue consists of roughly 0.56 acres of land in San Diego County, California as described in the United States' Complaint (Dkt. 1) and Declaration of Taking, Schedule C. (Dkt. 3).

This court finds that United States, having filed a Declaration of Taking in this case and deposited estimated just compensation in the registry of the Court for the said property (Dkt. 5, 6, 16), is entitled to immediate possession of the property at issue.

Accordingly, it is ORDERED that all persons in possession or control of the aforesaid property shall immediately surrender possession thereof to the United

States of America. The plaintiff shall forthwith serve a copy of this Order, by mail, upon the defendants or their attorneys and upon any additional parties having or claiming an interest in this action.

SO ORDERED this 11th day of August, 2020.

                                                        Hon. Dana M. Sabraw
                                                       United States District Judge