# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>0.56 ACRES OF LAND, MORE OR LESS, SITUATED IN THE CITY OF TECATE, SAN DIEGO COUNTY, STATE OF CALIFORNIA, AND ESTATE OF JOHN C. DONLEVY, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 3:20-cv-428-DMS-KSC<br>(Judge Sabraw)<br>(Magistrate Judge Crawford)<br><br>**ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL FOR THE UNITED STATES** |

Pursuant to Civil Local Rule 83.3(f)(2), the Motion to Substitute Attorney (ECF No. 19) is granted. Trial Attorney Bhavna Changrani is withdrawn as counsel of record and substituted by

　　　　Reade Wilson
　　　　Trial Attorney
　　　　United States Department of Justice
　　　　Environment & Natural Resources Division
　　　　Land Acquisition Section
　　　　P.O. Box 7611
　　　　Ben Franklin Station
　　　　Washington, DC 20044-7611
　　　　Tel.  (202) 305-0299
　　　　Fax.  (202) 305-0398
　　　　Email.  reade.wilson@usdoj.gov

All further Notices of Electronic Filings relating to activity in this case should be forwarded to Reade Wilson only.  The Clerk shall update the docket accordingly.

**IT IS SO ORDERED.**

Dated:  December 31, 2020

                                         Hon. Dana M. Sabraw
                                         United States District Judge